NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE PIECZENIK,**
*Plaintiff-Appellant,*

v.

**BAYER CORPORATION, BAYER CROPSCIENCE (NEW JERSEY) INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER HEALTHCARE, LLC, BAYER MATERIALSCIENCE LLC, BAYER PHARMA CHEMICALS INC., BAYER PHARMACEUTICALS CORPORATION, AND SCHERING BERLIN INC.,**
*Defendants-Appellees,*

AND

**ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC., AND SOLVAY PHARMACEUTICALS, INC.,**
*Defendants-Appellees,*

AND

**ALLERGAN USA, INC., CORNING INCORPORATED, GILEAD SCIENCES, INC., HOWARD HUGHES MEDICAL INSTITUTE, IDEXX REFERENCE LABORATORIES, INC., QIAGEN INCORPORATED, SHIONOGI PHARMA SALES, INC., SHIONOGI PHARMA, INC., SHIONOGI USA HOLDINGS, INC., AND SHIONOGI USA, INC.,**

*Defendants-Appellees,*

AND

AMGEN USA, INC., AMGEN, INC., PHARMACIA & UPJOHN COMPANY LLC, PHARMACIA CORPORATION, SYNGENTA CROP PROTECTION, INC., SYNGENTA SEEDS, INC., WYETH HOLDINGS CORPORATION, AND WYETH PHARMACEUTICALS INC.,
*Defendants-Appellees,*

AND

ANTYRA, INC.,
*Defendant-Appellee,*

AND

ASTELLAS PHARMA US, INC., ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP, AVENTIS INC., AVENTIS PHARMACEUTICALS INC., BOEHRINGER INGELHEIM VETMEDICA, INC., BOEHRINGER INGELHEIMROXANE, INC., CANON U.S.A., INC., DAIICHI SANKYO, INC., DAINIPPON SUMITOMO PHARMA AMERICA HOLDINGS, INC., DAINIPPON SUMITOMO PHARMA AMERICA, INC., MEDIMMUNE LLC, MITSUBISHI TANABE PHARMA AMERICA, INC., MITSUBISHI TANABE PHARMA DEVELOPMENT AMERICA, INC., MITSUBISHI TANABE PHARMA HOLDINGS AMERICA, INC., NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICAL CORPORATION, NOVARTIS VACCINES AND DIAGNOSTICS, INC., OSI PHARMACEUTICALS, INC., SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, SCHERING CORPORATION, SCHERING-PLOUGH BIOPHARMA, SCHERING-PLOUGH INTERNATIONAL, INC., SCHERING-PLOUGH

PRODUCTS, INC., SIEMENS CORPORATION,
SIEMENS DIAGNOSTICS FINANCE CO. LLC,
SIEMENS HEALTHCARE DIAGNOSTICS INC., AND
SIEMENS MEDICAL SOLUTIONS USA, INC.,
*Defendants-Appellees,*

AND

BAXTER DIAGNOSTICS INC., BIOGEN IDEC INC.,
BIOGEN IDEC U.S. CORPORATION, MEDAREX,
INC., MILLENIUM PHARMACEUTICALS,
INC., MONSANTO AG PRODUCTS LLC,
MONSANTO COMPANY, ONYX
PHARMACEUTICALS, INC., ZYMOGENETICS,
INC., AND ZYMOGENETICS, LLC,
*Defendants-Appellees,*

AND

BRACCO DIAGNOSTICS INC., .
*Defendant-Appellee,*

AND

CENTOCOR ORTHO BIOTECH PRODUCTS, L.P.,
CENTOCOR ORTHO BIOTECH SERVICES,
CENTOCOR ORTHO BIOTECH, INC.,
JOHNSON & JOHNSON, ORTHO-MCNEIL
JANSSEN SCIENTIFIC AFFAIRS, LLC, ORTHO-
MCNEIL PHARMACEUTICAL, INC.,
AND ORTHO-MCNEIL, INC.,
*Defendants-Appellees,*

AND

DYAX CORPORATION, FOREST LABORATORIES,
INC., GENZYME CORPORATION,
GLAXOSMITHKLINE LLC, KYOWA HAKKO
KIRIN AMERICA, INC., KYOWA HAKKO KIRIN
PHARMA, INC., AND PERKINELMER HEALTH
SCIENCES, INC.,

*Defendants-Appellees,*

AND

# E.I. DUPONT DE NEMOURS & COMPANY,
*Defendant-Appellee,*

AND

# GE HEALTHCARE BIOSCIENCES BIOPROCESS CORP., GE HEALTHCARE BIOSCIENCES CORP., GE HEALTHCARE INC., AND GE HEALTHCARE STRATEGIC SOURCING CORPORATION,
*Defendants-Appellees,*

AND

# INTERNATIONAL BUSINESS MACHINES CORPORATION,
*Defendant-Appellee,*

AND

# INVITROGEN CORPORATION,
*Defendant-Appellee,*

AND

# SOLVAY CHEMICALS, INC.,
*Defendant-Appellee,*

AND

# TAIHO PHARMA U.S.A., INC.,
*Defendant-Appellee,*

AND

# THE DOW AGROSCIENCES LLC, THE DOW CHEMICAL COMPANY (DELAWARE), AND THE DOW CORNING CORPORATION,
*Defendants-Appellees,*

AND

## NOVO NORDISK, INC. AND JOHN DOES 1 THROUGH 61,
*Defendants.*

---

2011-1121, -1153

---

Appeals from the United States District Court for the District of New Jersey in case no. 10-CV-2230, Judge Joel A. Pisano.

---

## ON MOTION

---

## O R D E R

Before RADER, *Chief Judge*, NEWMAN and BRYSON, *Circuit Judges*.

PER CURIAM.

The Defendants-Appellees move to dismiss George Pieczenik's appeals. Pieczenik opposes.

Pieczenik has appealed from orders denying his motion "in limine to expunge plaintiff's copyright lecture proffered by defendants' counsel and to charge them with digital copyright infringement," denying his motion for mediation, and his motion for reconsideration. Proceedings before the trial court remain ongoing. With the exception of certain interlocutory orders not at issue here, this court only has jurisdiction to decide appeals only from a "final decision of a district court." 28 U.S.C. § 1295. The Supreme Court has defined a final judgment as a decision by the district court that "ends the litigation on the merits and leaves

nothing for the court to do but execute judgment." *Catlin v. United States*, 324 U.S. 229, 233 (1945). Because the district court has not entered final judgment, the appeals are dismissed as premature.

Accordingly,

IT IS ORDERED THAT:

(1) These appeals are dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are moot.

FOR THE COURT

**MAY 0 3 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Chad J. Peterman, Esq.
     Liza M. Walsh, Esq.
     Daniel J. Thomasch, Esq.
     Jane E. Keene, Esq.
     Robert L. Baechtold, Esq.
     Susan Haberman Griffen, Esq.
     David W. Field, Esq.
     Robert J. Koch, Esq.
     Robert M. Goodman, Esq.
     Donald R. Ware, Esq.
     Mark A. Pals, Esq.
     Alexander A. Anglim, Esq.
     Lisa A. Schneider, Esq.
     Christopher J. Harnett, Esq.
     Matthew M. Wolf, Esq.
     Robert J. Schoenberg, Esq.
     Matthew Daniel Murphey, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 03 2011

JAN HORBALY
CLERK

William F. Lee, Esq.
Eric J. Marandett, Esq.
David Keith Barr, Esq.
David E. De Lorenzi, Esq.
Keith J. Miller, Esq.
Kevin J. McKenna, Esq.
Joseph A. Mahoney, Esq.
Heather D. Redmond, Esq.
Michael D. Kaminski, Esq.
Robert M. Isackson, Esq.
George Pieczenik

s19